UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICROSOFT CORPORATION and
MICROSOFT LICENSING, GP,

        Plaintiffs,

  v.

TRG CUSTOMER SOLUTIONS, INC.
d/b/a IBEX GLOBAL,

        Defendant.

Case Number 1:13-cv-867-ABJ

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the plaintiffs, Microsoft Corporation and Microsoft Licensing, GP ("Microsoft"), and the defendant, TRG Customer Solutions, Inc. dba IBEX Global ("TRG") (collectively, "the Parties"), hereby stipulate to the dismissal of the above-captioned action with prejudice.

Dated:  July 31, 2014

/s/ Clara J. Shin
Clara J. Shin (admitted *pro hac vice*)
cshin@cov.com
Gretchen Hoff Varner (admitted *pro hac vice*)
ghoffvarner@cov.com
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Jennifer Schwartz (D.C. Bar No. 996017)
jschwartz@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

*Attorneys for Plaintiffs, Microsoft Corporation and Microsoft Licensing, GP*

Respectfully submitted,

/s/ Thomas G. Hentoff
Thomas G. Hentoff (D.C. Bar No. 438394)
thentoff@wc.com
Joseph M. Terry (D.C. Bar No. 473095)
jterry@wc.com
Noorudin M. Ahmad (D.C. Bar No. 990965)
mahmad@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Defendant, TRG Customer Solutions, Inc. dba IBEX Global*